UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER CURTIN,

    Plaintiff,

v.                                                Case No: 8:15-cv-2436-T-27MAP

CHOCTAW INVESTMENT
CORPORATION, FANCY PANTS, INC.
and LETA RENE JOHNSON,

    Defendants.
_____/

## ORDER

    **BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. 6). Defendants have not answered or moved for summary judgment. Accordingly, this action is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** this 11th day of February, 2016.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record